COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN M. WARREN, | § | No. 08-10-00269-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| | § | of El Paso County, Texas |
| JULIE'S AIRCRAFT SERVICE, INC., | § | (TC# 2010-2945) |
| Appellee. | § | |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a joint motion to dismiss this appeal with prejudice pursuant to TEX.R.APP.P. 42.1(a). The parties represent that they have settled all of the claims and causes of action pending in the underlying lawsuit and have agreed to dismiss the appeal with prejudice pursuant to their agreement. The motion satisfies the requirements of Rule 42.1(a).

Having considered the motion, we conclude it should be GRANTED. We therefore dismiss the appeal with prejudice and assess costs against the party incurring the same pursuant to their agreement. *See* TEX.R.APP.P. 42.1(d).

May 25, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.